LEE *v.* BROWN *et al.*

No. 8199.   MARCH 13, 1931.

*Judson Andrews* and *Roy S. Drennan,* for plaintiff.

*Alvin L. Richards,* for defendants.

GILBERT, J.  The equitable action seeking a receiver to take
charge of described property was submitted to the court on the peti-
tion and the answer of the intervenor, C. G. Aycock Realty Com-
pany.  The court rendered the following judgment:  "Upon the
hearing in the above-stated case it is ordered that the temporary
receiver heretofore appointed be dismissed, and that said temporary
receiver is hereby directed to turn said property over to C. G. Aycock
Realty Company.  It is further ordered, however, that upon the

sale of said property any surplus over and above the first loan and the lien of C. G. Aycock Realty Company be paid to the clerk of this court." The sole assignment of error is: "The judge then and there presiding passed an order denying the prayers for the appointment of a receiver, and vacating the order theretofore granted, appointing a temporary receiver; to which judgment denying the appointment of a receiver the plaintiff then and there excepted and now excepts and assigns the same as error as being contrary to law, and says that said judge then and there should have entered judgment appointing a receiver."

It appears from the judgment quoted above that the court did not expressly deny the prayers for the appointment of a permanent receiver. Conceding, for the purposes of this case, that the effect of the judgment is so to deny the prayer for a receiver, the judgment was not erroneous.

*Judgment affirmed. All the Justices concur.*